# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

130699

STEVEN PRICE,
          Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130699
COA: 257577
Court of Claims: 01-018063-MT

_____/

On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Grimes v Dep't of Transportation*, 475 Mich 72 (2006).

CAVANAGH and KELLY, JJ., would deny leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

Clerk

s0927